**VAN–014** Notice of Filing of Proof of Claim by Debtor – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Travis W Harrell
 *( debtor has no known aliases )*
704 Connaritsa Rd
Aulander, NC 27805

CASE NO.: 25–02764–5–JNC

DATE FILED: July 22, 2025

CHAPTER: 13

NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR

YOU ARE HEREBY NOTIFIED that pursuant to Bankruptcy Rule 3004, a proof of claim was filed by the debtor on behalf of Westlake Portfolio Management, LLC on March 25, 2026 .

DATED: April 28, 2026

Stephanie J. Butler
Clerk of Court