United States Bankruptcy Court

Eastern District of North Carolina

In re:                                                                    Case No. 25-02764-JNC

Travis W Harrell                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0417-5 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 28, 2026 | Form ID: van014 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Travis W Harrell, 704 Connaritsa Rd, Aulander, NC 27805-9461 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | ^ MEBN | Apr 29 2026 01:38:31 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen C Brown | on behalf of Debtor Travis W Harrell lori@bankruptcycenternc.com<br>lori@bankruptcycenternc.com;acbbankruptcy@gmail.com;BrownAR71959@notify.bestcase.com |
| Troy Staley | staleytrustee@ednc13.com  nwygand@ednc13.com |

TOTAL: 2

**VAN–014** Notice of Filing of Proof of Claim by Debtor – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Travis W Harrell
 *( debtor has no known aliases )*
704 Connaritsa Rd
Aulander, NC 27805

CASE NO.: 25–02764–5–JNC

DATE FILED: July 22, 2025

CHAPTER: 13

NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR

YOU ARE HEREBY NOTIFIED that pursuant to Bankruptcy Rule 3004, a proof of claim was filed by the debtor on behalf of Westlake Portfolio Management, LLC on March 25, 2026 .

DATED: April 28, 2026

Stephanie J. Butler
Clerk of Court